■ ELLEN NAGLE, Respondent, v ALAN S. LIEBMAN et al., Appellants.—Appeal from so much of an order of the Supreme

Court, Nassau County (Yachnin, J.), entered June 15, 1987, as denied that branch of the defendants' motion which was to dismiss the second cause of action asserted in the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Yachnin at the Supreme Court. Thompson, J. P., Kunzeman, Eiber and Sullivan, JJ., concur.